


U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed February 15, 2011**

---

BTXN 210 (rev. 04/10)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Morris Western Air Conditioning, Inc. § Case No.: 00–60069–rlj7
 § Chapter No.: 7
 Debtor(s) §

# ORDER DENYING PAYMENT OF A DIVIDEND FROM UNCLAIMED FUNDS

The Court finds that General Electric Company filed an Application for Payment of Unclaimed Funds on 12/21/2010 in the amount of $6,503.42.

The Court, after review of the application, finds:

- ☐ no documents of proof are provided with the application
- ☑ insufficient documentation has been provided with the application
- ☐ no funds are on record for the claimant
- ☐ the application was not served on the US Attorney
- ☐ Other:

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #