BTXN 127 (rev. 2/10)

FILED
MAY 09 2011
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Morris Western Air Conditioning, Inc. § Case No.: 00-60069-rlj7
§
Debtor(s) §
§
§

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a X creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| | | |
|---|---|---|
| 1. | **Name of Claimant(s)** | General Electric Company as successor in interest to TransAmerica Small Busine |
| 2. | **Name and Title of Authorizing Officer or Representative** *(If Claimant is an individual, skip to Question No. 3)* | Duane Rice - Project Initiatives Leader |
| 3. | **Current Mailing Address** | 4211 Metro Parkway, Ft. Myers, FL 33916 |
| 4. | **Telephone Number** | (239) 275-2463 |
| 5. | **SS#** *(last 4 digits only)* **or EIN #** | 9340 |
| 6. | **Amount Being Claimed** | $6,503.42 |

I, Duane Rice, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 4/26/11 ______________ Claimant Signature ______________ Co-Claimant Signature

Subscribed and Sworn to Before Me this 26 day of April 2011.

LORI LAMARITATA
MY COMMISSION # DD 786653
EXPIRES: July 2, 2012
Bonded Thru Notary Public Underwriters

Lori Lamaritata
Notary Public
In and for the State of Florida

My commission expires 7/2/2012

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 4/26/11

Claimant's Signature

AEGON NV
Form 424B1
November 18, 2003
Table of Contents

Filed Pursuant to Rule 424(b)(1)
File No. 333-106497

**PROSPECTUS SUPPLEMENT AND CONSENT SOLICITATION STATEMENT**

**(To Prospectus dated November 17, 2003)**

**SOLICITATION OF CONSENTS BY**

# TRANSAMERICA FINANCE CORPORATION

**RELATING TO ITS**

**7.50% SENIOR NOTES DUE MARCH 15, 2004 (CUSIP NO. 893502 BQ 6)**

**ZERO COUPON DEBENTURES DUE SEPTEMBER 1, 2007 (CUSIP NO. 893502 AM 6)**

**6.40% SENIOR NOTES DUE SEPTEMBER 15, 2008 (CUSIP NO. 893502 CX 0)**

**ZERO COUPON DEBENTURES DUE MARCH 1, 2010 (CUSIP NO. 893502 AN 4)**

**6½% DEBENTURES DUE MARCH 15, 2011 (CUSIP NO. 893502 AH 7)**

**ZERO COUPON DEBENTURES DUE SEPTEMBER 1, 2012 (CUSIP NO. 893502 AP 9)**

**MEDIUM TERM NOTES, SERIES E (CUSIP NOS.89350L GM 8, 89350L GP 1, 89350L GR 7, 89350L GS 5)**

**MEDIUM TERM NOTES, SERIES F (CUSIP NOS.89350L HY 1, 89350L JA 1, 89350L JC 7, 89350L JE 3, 89350L JK 9, 89350L JN 3, 89350L JR 4, 89350L HU 9, 89350L HX 3, 89350L JB 9)**

---

# AEGON N.V.

**(a Netherlands public company with limited liability)**

**GUARANTEES**

Transamerica Finance Corporation requests that you, as a registered holder of one or more of its debt securities listed above, consent to amend certain of the terms of your debt securities and waive certain of your rights under those debt securities. In exchange for your consent, Transamerica Finance Corporation s parent company, AEGON N.V., hereby offers to guarantee fully and unconditionally your debt securities on the terms and subject to the conditions described in this prospectus supplement and consent solicitation statement. The debt securities of Transamerica Finance Corporation that are subject to this consent solicitation and offer are referred to

in this prospectus supplement and consent solicitation statement as TFC Notes. If Transamerica Finance Corporation receives the requisite consents as summarized below and described in this prospectus supplement and consent solicitation statement, then AEGON N.V. will issue its guarantees of TFC Notes. The guarantees will rank equal in right of payment with all of AEGON N.V. s existing and future unsubordinated, unsecured indebtedness.

Guarantees will be provided with respect to all of the series of TFC Notes issued under an indenture only if consents to the proposed amendments and waivers have been validly submitted and not subsequently revoked by the registered holders of the requisite principal amount of each series of TFC Notes issued under that indenture at 5:00 p.m., New York City time, on November 13, 2003, which is the record date for the consent solicitation. If consents to the proposed amendments and waivers have been validly submitted by the registered holders of the requisite principal amount of all of the series of TFC Notes and have not been subsequently revoked prior to the expiration of the consent solicitation, Transamerica Finance Corporation intends to effect the proposed amendments and waivers and AEGON N.V. intends to issue its guarantees with respect to all of the series of TFC Notes promptly after expiration of the consent solicitation. If consents to the proposed amendments and waivers have been validly submitted by the registered holders of the requisite principal amount of all of the series of TFC Notes issued under one or more (but not all) of the indentures and have not been subsequently revoked prior to the expiration of the consent solicitation, Transamerica Finance Corporation may effect the proposed amendments and waivers with respect to any of such indentures, provided that AEGON N.V. issues a guarantee with respect to all of the series of TFC Notes issued under that indenture. Such amendments and waivers will be binding on each holder of TFC Notes, regardless of whether or not that holder delivered its consent. Therefore, the terms of your TFC Notes may be affected even if you do not consent. See The Consent Solicitation, beginning on page S-20.

If consents to the proposed amendments and waivers have been validly submitted and not subsequently revoked prior to the Expiration Date by the registered holders of the requisite principal amount of each series of TFC Notes issued under any indenture, then Transamerica Finance Corporation will pay to the dealers soliciting such consents, if any, a dealer fee of $2.50 per $1,000 of TFC Notes whose beneficial owners hold not more than $250,000 principal amount per series of TFC Notes, as described in The Consent Solicitation Fees and Expenses beginning on page S-26.

**The consent solicitation will expire at 5:00 p.m., New York City Time, on December 17, 2003, unless extended. You may revoke any tendered consents prior to the expiration of the consent solicitation only in the manner described in this prospectus supplement and consent solicitation statement. The consent solicitation and offer of the guarantees is described in detail in this prospectus supplement and consent solicitation statement, and we urge you to read it carefully, including the Risk Factors beginning on page S-9.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities, or determined if this prospectus supplement and consent solicitation statement or the accompanying prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

The Solicitation Agent for the Consent Solicitation is:

# UBS Investment Bank

November 18, 2003

Table of Contents

## ABOUT THIS PROSPECTUS SUPPLEMENT

You should rely only on information contained in this prospectus supplement and consent solicitation statement and the accompanying prospectus, and no one is authorized to provide you with information that is different from that contained in these documents. To understand the terms of the consent solicitation and the guarantees offered hereby, you should carefully read this prospectus supplement and consent solicitation statement and the accompanying prospectus. For more information, please see Where You Can Find More Information About Us beginning on page 5 of the accompanying prospectus.

AEGON N.V. is offering the guarantees and Transamerica Finance Corporation is soliciting consents with respect to TFC Notes only in jurisdictions where offers and sales are permitted. The information contained in this prospectus supplement and consent solicitation statement is accurate only as of its date regardless of the time of delivery of this prospectus supplement and consent solicitation statement or any grant of the guarantees.

In this prospectus supplement and consent solicitation statement, AEGON or we, us, our or comparable terms each refers to AEGON N.V. and any or all of our subsidiaries and joint ventures as the context requires, AEGON USA refers to AEGON USA, Inc., a wholly owned subsidiary of AEGON and Transamerica Finance refers to Transamerica Finance Corporation. References in this prospectus supplement and consent solicitation statement to dollars or $ are to the U. S. dollar and references to euros or EUR are to the unified currency that was introduced in connection with the European Economic and Monetary Union in the Netherlands and the other participating member states of the European Union on January 1, 1999.

Table of Contents

## SUMMARY

*The following is a summary of the information that is included in this prospectus supplement and consent solicitation statement and is qualified in its entirety by the more detailed information included elsewhere in this prospectus supplement and consent solicitation statement or the accompanying prospectus or incorporated by reference into this prospectus supplement and consent solicitation statement or the accompanying prospectus. As a result, this summary may not contain all the information that may be important to you. You should read the entire prospectus and reports incorporated by reference into this prospectus supplement and consent solicitation statement, before making an investment decision. In addition, you should carefully read the sections titled  Risk Factors  beginning on page S-9 and  Forward-Looking Statements  beginning on page S-16.*

### AEGON N.V.

With roots dating back 150 years, AEGON, through its member companies, which we collectively refer to as the AEGON Group, is a leading international insurance group with its headquarters in The Hague, the Netherlands. Our common shares are listed on the official segment of the stock market of Euronext Amsterdam, the principal market for our common shares, on which they trade under the symbol  AGN . Our common shares are also listed on the New York Stock Exchange (NYSE) under the symbol  AEG  and on the Frankfurt, London and Tokyo stock exchanges as well as on the SWX Swiss Exchange. The AEGON Group has operations in the United States, the Netherlands, the United Kingdom and Canada. The AEGON Group is also present in Hungary, Spain, Taiwan, Luxembourg, Ireland, Germany, Belgium, Slovakia, Hong Kong and mainland China, and has a representative office in India. Crucial differences exist in local markets and for this reason the AEGON Group emphasizes a decentralized organization structure. Our operating companies, with local management and employees, market their own unique products using tailored distribution channels. AEGON faces intense competition from a large number of other issuers, as well as non-insurance financial services companies such as banks, broker-dealers and asset managers, for individual customers, employer and other group customers and agents and other distributors of insurance and investment products.

Close to 90% of the AEGON Group s core business is life insurance, pensions and related savings and investment products. The AEGON Group is also active in accident and health insurance, property and casualty insurance, and limited banking activities. AEGON s headquarters are located at AEGONplein 50, P.O. Box 202, 2501 CE The Hague, the Netherlands (telephone 011-31-70-344-3210; internet: www.aegon.com).

### Transamerica Finance Corporation

Transamerica Finance Corporation is a financial services organization that is headquartered in Rosemont, Illinois and conducts business primarily through its subsidiaries in commercial lending and intermodal leasing. Transamerica Finance is a wholly owned subsidiary of Transamerica Corporation, which is an indirect subsidiary of AEGON. In the normal course of its operations, Transamerica Finance has various transactions with AEGON and certain subsidiaries of AEGON.

Transamerica Finance s principal assets are finance receivables (net of unearned finance charges and allowance for losses) and equipment held for lease, which combined totaled $7.4 billion at September 30, 2003 and $7.6 billion at December 31, 2002. In the second half of 2000, AEGON began providing all of Transamerica Finance s long-term debt requirements. Prior to that time, Transamerica Finance offered publicly, from time to time, senior and subordinated debt securities. The most recent public debt issuance of $0.9 billion occurred in the first half of 2000. AEGON provided $1.3 billion in term debt to Transamerica Finance in 2002 and $1.1 billion in 2001. Transamerica Finance s total debt was $5.6 billion at September 30, 2003 and $6.1 billion at December 31, 2002. The ratio of debt to tangible equity was 6.5:1 at December 31, 2002 and 2001. Tangible equity, for the purpose of this calculation, is defined as total equity less goodwill plus minority interest.

**The Consent Solicitation and Guarantees**

Transamerica Finance requests that you, as a registered holder of TFC Notes, consent to amend certain of the terms of the TFC Notes and waive certain of your rights under the TFC Notes. In exchange for your consent, Transamerica Finance's ultimate parent company, AEGON, is offering to guarantee fully and unconditionally your debt securities on the terms and subject to the conditions described in this prospectus supplement and consent solicitation statement.

**Reasons for the Consent Solicitation and Guarantees**

Because of the dissimilarity between the operations of Transamerica Finance and AEGON's operations, AEGON considers Transamerica Finance to be a non-core operation. On March 1, 2000, AEGON announced its intention to make opportunistic divestments of the businesses comprising Transamerica Finance. Subsequent to this announcement, however, AEGON announced that it would continue to operate Transamerica Finance's business in light of general weakness in the commercial finance market. Over the last year, management has been concentrating Transamerica Finance's business on market segments where there is a clear competency and strategic advantage in terms of market position. Since March 1, 2000, Transamerica Finance has sold or liquidated approximately $3.6 billion of its managed assets.

On August 5, 2003, Transamerica Finance, along with several of its affiliates including AEGON U.S. Corporation, a wholly owned subsidiary of AEGON, entered into an agreement with General Electric Capital Corporation, a subsidiary of the General Electric Company, to sell the majority of the businesses that make up Transamerica Finance's commercial lending segment. The assets to be sold as at September 30, 2003 consist primarily of a portfolio of $8.3 billion of net finance receivables, including $2.7 billion of securitized distribution finance receivables, from the segment's four primary businesses: distribution finance, equipment financial services, business capital and specialty finance. In addition to the assets sold, approximately $1.1 billion of liabilities, primarily consisting of third-party debt and accounts payable and other liabilities, will be assumed. Additionally, $0.3 billion of aircraft related assets, consisting of net finance receivables and equipment held for lease, are excluded from the sale. The businesses being sold, acquired in 1999 as part of AEGON's acquisition of Transamerica Corporation, include approximately 1,700 employees and serve customers primarily in North America and Europe. Transamerica Finance intends to use the majority of the proceeds from the sale, approximately $5 billion, to retire debt other than TFC Notes, including a portion of the $2.6 billion of debt owed to AEGON. The sale is subject to regulatory approval and other customary closing conditions, as well as Transamerica Finance's implementation of the proposed amendments and waivers described herein. The closing of the sale is expected to occur before year end 2003. Upon completion of the contemplated sale, and taking into account the recently completed sale of Transamerica Finance's real estate information services operation, Transamerica Finance's remaining businesses will consist primarily of its intermodal leasing operations. The sale is consistent with AEGON's strategy to focus on its core business of life insurance, pensions and related investment products.

Transamerica Finance is requesting your consent to certain amendments and waivers to the indentures under which the TFC Notes were issued. Currently, as summarized below, the terms of the indentures underlying TFC Notes place certain restrictions on, among other items, Transamerica Finance's ability to place certain liens on its assets and to divest certain assets. The proposed amendments and waivers will provide Transamerica Finance and AEGON with the necessary flexibility to continue to reorganize or divest the businesses that comprise Transamerica Finance as opportunities arise and market conditions allow.

In return for your consent to the proposed amendments and waivers and subject to the receipt of the requisite consents, as summarized below, AEGON is offering to fully and unconditionally guarantee TFC Notes as described in this prospectus supplement and consent solicitation statement. If the requisite consents are obtained in respect of each series of TFC Notes, and AEGON issues guarantees with respect to all series of TFC Notes, as described in this prospectus supplement and consent solicitation statement and accompanying prospectus, it is expected that Transamerica Finance will no longer file periodic reports pursuant to the Securities Exchange Act of 1934.

EXHIBIT 2.1

CONFORMED EXECUTION COPY

---

STOCK AND ASSET PURCHASE AGREEMENT

AMONG

TRANSAMERICA FINANCE CORPORATION,
A DELAWARE CORPORATION,

TRANSAMERICA COMMERCIAL FINANCE CORPORATION, I,
A DELAWARE CORPORATION,

TRANSAMERICA COMMERCIAL HOLDINGS LIMITED,
A COMPANY ORGANIZED UNDER THE LAWS OF ENGLAND,

TRANSAMERICA LEASING INC.,
A DELAWARE CORPORATION,

TRANSAMERICA GMBH, INC.,
A DELAWARE CORPORATION,

BWAC TWENTY-ONE, INC.,
A DELAWARE CORPORATION,

AEGON U.S. CORPORATION,
AN IOWA CORPORATION,

AND

GENERAL ELECTRIC CAPITAL CORPORATION,
A DELAWARE CORPORATION

DATED AS OF AUGUST 4, 2003

---

STOCK AND ASSET PURCHASE AGREEMENT, dated as of August 4, 2003, by and among TRANSAMERICA FINANCE CORPORATION, a Delaware corporation (the "Parent"), TRANSAMERICA COMMERCIAL FINANCE CORPORATION, I, a Delaware corporation (the "Seller"), TRANSAMERICA COMMERCIAL HOLDINGS LIMITED, a company organized under the Laws of England ("TCHL"), TRANSAMERICA GmbH INC., a Delaware corporation ("TGI"), BWAC TWENTY-ONE, INC., a Delaware corporation ("BWAC 21"), TRANSAMERICA LEASING INC., a Delaware corporation ("TLI"), the Affiliates of Parent owning Acquired ISF Assets which are named on the signature pages hereof or become parties hereto in accordance with this Agreement (such Affiliates together with TLI, the "Asset Sellers"), AEGON U.S. CORPORATION, an Iowa corporation ("Aegon"), and GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation (the "Purchaser").

WHEREAS, the Seller owns all the issued and outstanding shares (the "Shares") of common stock, par value $1.00 per share, of Transamerica Commercial Finance Corporation, II, a Delaware corporation (the "Company");

WHEREAS, on the terms and subject to the conditions set forth herein, at Closing, the Seller shall sell to the Purchaser (or the applicable Acquiring Subsidiary) and the Purchaser (or the applicable Acquiring Subsidiary) shall





purchase from Seller, the Shares;

WHEREAS, prior to the consummation of the purchase and sale of the Shares contemplated hereby, on the terms and subject to the conditions set forth herein, (i) each of the Parent and the Seller shall and shall cause each of their respective Subsidiaries and Affiliates (other than any Purchased Entity) to transfer all assets and properties owned by it or such Subsidiaries and Affiliates and used in connection with the conduct or operation of the Acquired Businesses (other than ISF Excluded Assets), consistent with their respective past practices, to be transferred to one or more Purchased Entities; and (ii) the Seller shall cause the Purchased Entities to transfer the Excluded Assets, Excluded Liabilities and Excluded Employees to the Seller or its designee (which shall not be a Purchased Entity);

WHEREAS, simultaneous with the consummation of the purchase and sale of the Shares and the other transactions contemplated hereby, on the terms and subject to the conditions set forth herein, at Closing, TLI and the Parent shall, and shall cause any other of their applicable Subsidiaries or Affiliates to, sell, transfer, assign and delegate to the Purchaser (or one or more Acquiring Subsidiaries), and the Purchaser (or the applicable Acquiring Subsidiaries) shall purchase, accept and assume from TLI, the Parent and their applicable Subsidiaries and Affiliates, the Acquired ISF Assets and the Assumed ISF Liabilities;

WHEREAS, the Parent and the Seller together own 71% of the issued and outstanding Capital Stock of Transamerica Public Finance LLC, a Delaware limited liability company ("Public Finance");

WHEREAS, simultaneous with the consummation of the purchase and sale of the Shares and the other transactions contemplated hereby, on the terms and subject to the conditions set forth herein, at Closing, the Parent and the Seller shall sell to the Purchaser (or one or more Acquiring Subsidiaries) and the Purchaser (or the applicable Acquiring Subsidiaries) shall purchase from the Parent and the Seller, all of the Public Finance Interests owned by them;

WHEREAS, TCHL owns all of the issued and outstanding Capital Stock ("TCFL Shares") of Transamerica Commercial Finance Limited, a corporation existing under the Laws of England ("TCFL");

WHEREAS, simultaneous with the consummation of the purchase and sale of the Shares and the other transactions contemplated hereby, on the terms and subject to the conditions set forth herein, at Closing, TCHL shall sell to the U.K. Purchaser and the U.K. Purchaser shall purchase from TCHL, all of the TCFL Shares;

WHEREAS, TGI owns all of the issued and outstanding Capital Stock ("TFBV Shares") of Transamerica Financieringsmaatschappij B.V., a private company with limited liability existing under the Laws of the Netherlands, with its registered office in Amsterdam ("TFBV");

WHEREAS, simultaneous with the consummation of the purchase and sale of the Shares and the other transactions contemplated hereby, on the terms and subject to the conditions set forth herein, at Closing, TGI shall sell to the Purchaser (or one or more Acquiring Subsidiaries) and the Purchaser (or the applicable Acquiring Subsidiaries) shall purchase from TGI, all of the TFBV Shares;

WHEREAS, TGI and BWAC 21 own all of the issued and outstanding Capital Stock ("TGMBH Shares") of Transamerica GmbH, a company existing under the Laws of Germany, with its registered office in Frankfurt ("TGMBH");





WHEREAS, simultaneous with the consummation of the purchase and sale of the Shares and the other transactions contemplated hereby, on the terms and subject to the conditions set forth herein, at Closing, TGI and BWAC 21 shall sell to the Purchaser (or one or more Acquiring Subsidiaries) and the Purchaser (or the applicable Acquiring Subsidiaries) shall purchase from TGI and BWAC 21, all of the TGMBH Shares; and

NOW, THEREFORE, in consideration of the premises and the mutual agreements and covenants herein contained, and intending to be legally bound hereby, the Purchaser, each of the Selling Entities and Aegon hereby agree as follows:

IN WITNESS WHEREOF, Aegon, the Parent, the Seller, TCHL, TLI, BWAC 21, TGI, the other Asset Sellers and the Purchaser have caused this Agreement to be executed as of the date first written above by their respective duly authorized representatives.

SELLING ENTITIES:

TRANSAMERICA COMMERCIAL FINANCE CORPORATION, I

By: /s/ Ross Ferrelli
Name: Ross Ferrelli
Title: Executive Vice President and Chief Financial Officer

TRANSAMERICA FINANCE CORPORATION

By: /s/ Ross Ferrelli
Name: Ross Ferrelli
Title: Executive Vice President and Chief Financial Officer

TRANSAMERICA LEASING INC.

By: /s/ John J. Mohr
Name: John J. Mohr
Title: Sr. VP. Tax

TRANSAMERICA COMMERCIAL HOLDINGS LIMITED

By: /s/ R.S. Barber
Name: R.S. Barber
Title: Director

BWAC TWENTY-ONE, INC.

By: /s/ Ross Ferrelli
Name: Ross Ferrelli
Title: Executive Vice President and Chief Financial Officer

TRANSAMERICA GMBH, INC.

By: /s/ Ross Ferrelli
Name: Ross Ferrelli
Title: Executive Vice President and Chief Financial Officer

PURCHASER:

GENERAL ELECTRIC CAPITAL CORPORATION
By: /s/ Mark H.S. Cohen
Name: Mark H.S. Cohen
Title: Vice President

AEGON:

AEGON U.S. CORPORATION
By: /s/ Patrick S. Baird
Name: Patrick S. Baird
Title: President and Chief Executive Officer



**Mark J. Krakowiak**
Vice President &
Chief Risk Officer - GE

GE
3135 Easton Turnpike
W2G
Fairfield, CT 06828
USA

T +1 203 373 2088
F +1 203 373 3842
mark krakowiak@ge.com

## Statement of Authority

The undersigned being duly sworn, states that Duane D Rice, Project Initiatives Leader, is authorized to execute claim documents on behalf of General Electric Company, General Electric Capital Corporation and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on the Company's behalf.

GENERAL ELECTRIC COMPANY

______________________________

Mark J. Krakowiak
Vice President and Chief Risk Officer - General Electric Company
3135 Easton Turnpike - W2G
Fairfield, CT 06828
203-373-2088

Subscribed and sworn to me this 14 day of January, 2011.

Notary Signature ________________

Printed Name Andrew A. Liteka

My Commission Expires 1/31/11

ANDREW A. LITEIKA
Notary Public, State of Connecticut
My Commission Expires Jan. 31, 2011






GE

**Duane D Rice**
Project Initiatives Leader

T +1 239 278 2653
F +1 239 278 2588
M+1 239 229 0981
Duane.Rice@ge.com
www.ge.com

4211 Metro Parkway
Ft Myers, FL 33916
US